**UNITED STATES of America, Appellee,**

v.

**Kit A. KING, Appellant.**

No. 01–3509.

United States Court of Appeals, Eighth Circuit.

Submitted July 25, 2002.

Filed Aug. 15, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Kit A. King appeals the district court's [1] denial of his motion to suppress evidence. Mr. King argues, as he did below, that there was no probable cause to stop the car in which he was a passenger. After carefully reviewing the record and the parties' arguments on appeal, we conclude, for the reasons explained by the district court, that the officer in question had probable cause under the totality of the circumstances to believe that the driver of the car had committed a traffic violation. *See United States v. Snook*, 88 F.3d 605, 607 (8th Cir.1996) (standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska, adopting the report and recommendations of the Honorable Kathleen A. Jaudzemis, United States Magistrate Judge for the District Nebraska.